AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> META PLATFORMS, INC., FACEBOOK GLOBAL HOLDINGS I , LLC, FACEBOOK GLOBAL HOLDINGS II , LLC, FACEBOOK OPERATIONS, LLC, META PAYMENTS INC., META PLATFORM TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC., SNAP INC., TIKTOK INC., BYTEDANCE INC., ALPHABET INC., GOOGLE LLC, XXVI HOLDINGS INC., and YOUTUBE, LLC, <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 4/26/2023

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*

4:23-cv-01773-KAW

# ATTACHMENT PAGE

### DEFENDANTS FOR SUMMONS

**META PLATFORMS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**FACEBOOK HOLDINGS, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**FACEBOOK OPERATIONS, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**META PLATFORMS TECHNOLOGIES, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**META PAYMENTS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**INSTAGRAM, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**SICULUS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**SNAP, INC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**TIKTOK, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**BYTEDANCE, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**ALPHABET, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**GOOGLE, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**XXVI HOLDINGS, INC.**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE, WILMINGTON,
NEW CASTLE, DE, 19808

4:23-cv-01773-KAW

**YOUTUBE, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**WHATSAPP, INC.**
CT CORPORATION SYSTEM
C/O AMANDA GARCIA
330 N BRAND BLVD
GLENDALE, CA 91203